**No. 54489.**—Pan American Import & Export Co., Inc., et al. *v.* United States, protests 151793–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 54490.**—Blousecraft Co., Inc., et al. *v.* United States, protests 156607–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 27, 1950

**No. 54491.**—Galan & Leon, Inc. *v.* United States, protest 151829–K (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54492.**—Haddad & Sons et al. *v.* United States, protests 40052–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54493.**—American Express Co. et al. *v.* United States, protests 43992–K/89739, etc. (Chicago).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54494.**—Charles A. Andres et al. *v.* United States, protests 125298–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54495.**—Gallagher & Ascher Co. *v.* United States, protests 121083–K/622 and 122032–K/708 (Chicago).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54496.**—Kraus Bros. & Co. *v.* United States, protest 136043–K (Philadelphia).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54497.**—J. J. Distributing Co. *v.* United States, protest 137200–K (B) (Galveston).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54498.**—American Cyanamid Co. and C. J. Tower & Sons *v.* United States, protests 138192–K and 144608–K (Buffalo).